UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HELEN L. BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06CV106HEA |
| ) | |
| MICHAEL J. ASTRUE,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Magistrate Judge Lewis M. Blanton's Report and Recommendation that the decision of the Commissioner be affirmed. No objections to the Report and Recommendation have been filed within the prescribed time period. The Court, therefore need not conduct a *de novo* review and adopts Judge Blanton's Recommendation. For the reasons set forth in the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Commissioner's decision denying plaintiff's applications for Disability Insurance Benefits under Title II of the Social

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Former Commissioner Jo Anne B. Barnhart as defendant in this cause.

Security Act and Supplemental Security Income benefits under Title XVI of the Social Security Act is affirmed.

Dated this 29th day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE